IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTINE PURNELL AND LARRY LEWIS,** )<br>**On behalf of themselves, and all other Plaintiffs** )<br>**similarly situated, known and unknown,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**WELLBE SENIOR MEDICAL, LLC d/b/a** )<br>**WELLBE MEDICAL SERVICES, A** )<br>**DELAWARE LIMITED LIABILITY** )<br>**COMPANY CORPORATION, WELLBE** )<br>**SENIOR MEDICAL ILLINOIS, P.C., AN** )<br>**ILLINOIS PROFESSIONAL CORPORATION,** )<br>)<br>**Defendants.** ) | **Case No. 23-cv-15285**<br><br>**Magistrate Judge Young B. Kim** |

**JOINT AGREED MOTION FOR APPROVAL OF NOTICE TO THE
PLAINTIFF CLASS OF TEMPORARY DELAY IN SETTLEMENT PAYMENT**

Pursuant to this Honorable Court's Order, dated February 19, 2025 (Dkt. 63), the Parties, through their respective undersigned counsel, jointly move this Honorable Court to approve the proposed Notice to the Plaintiff Class of Temporary Delay in Settlement Payment, and in support thereof state as follows:

1. On October 24, 2023, Plaintiffs filed their Complaint. (Dkt. 1.)

2. On September 16, 2024, Plaintiffs filed a Joint Motion for Preliminary Approval of the Joint Stipulation and Agreement to Settle Class Action and Other Claims and for Approval of Conditional Class Certification for Settlement Purposes. (Dkt. 40.)

3. On October 7, 2024, this Honorable Court granted Preliminary Approval of the Class Settlement. (Dkt. 48.)

4.      On October 8, 2024, this Court set a Final Fairness Hearing for January 21, 2025 at 11:00 a.m. in Courtroom 1019 of the Everett McKinley Dirksen United States Courthouse, located at 219 S. Dearborn, Chicago, Illinois 60604. (Dkt. 49.)

5.      Pursuant to the Court's Order on February 19, 2025 (Dkt. 63), the Honorable Court plans to issue a Final Approval Order on April 19, 2025. Moreover, the Court directed the Parties to file a joint motion to approve a notice to be sent to the Class Members informing them of this development in the case and approximately when they can expect settlement checks.

6.      In order to properly notify the Class, the Parties, by agreement, seek to issue a Notice of Temporary Delay in Mailing of Class Action Settlement Checks, attached hereto as **Exhibit A**. The Parties jointly request that this Honorable Court approve the proposed Notice of Temporary Delay in Mailing of Class Action Settlement Checks.

WHEREFORE, for the aforementioned reasons, the Parties jointly request that this Honorable Court grant this Motion and approve the proposed Notice of Temporary Delay in Mailing of Class Action Settlement Checks, and for any other such relief this Honorable Court deems just and appropriate.

Dated: March 4, 2025                              Respectfully submitted,

*/s/ Samuel D. Engelson*                          */s/ Heather A. Bailey*
Samuel D. Engelson                                Heather A. Bailey
LEVENTHAL | SWAN                                  Laurie I. Smigielski
TAYLOR TEMMING PC                                 AMUNDSEN DAVIS, LLC
3773 Cherry Creek North Drive, Suite 710          150 N. Michigan Ave., Ste. 3300
Denver, Colorado 80209                            Chicago, Illinois 60601
Telephone: (720) 699-3000                         Telephone: (312) 894-3266
Email: sengelson@ll.law                           Email: hbailey@amundsendavislaw.com
                                                  lsmigielski@amundsendavislaw.com

                                                  *Attorneys for Defendants*

2

*/s/ John W. Billhorn*
John W. Billhorn
BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
Telephone: (312) 853-1450
Email: jbillhorn@billhornlaw.com

*Attorneys for Plaintiffs*