**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Christine Purnell, et al.
                         Plaintiff,

v.                                        Case No.: 1:23−cv−15285
                                            Honorable Young B. Kim

WellBe Senior Medical, LLC, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, April 19, 2025:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for final approval of class settlement [53] is granted. Enter Final Approval Order of Class Settlement. The Court dismisses this case without prejudice, but the dismissal will become with prejudice on May 5, 2025, after all administrative processes have been completed. Civil case terminated. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.